**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FRANTZ TADAL,**

   **Plaintiff**

**v.**

                                                            **Case No.:** _____

**FLORIDA BEST BLOCK, LLC,**

   **Defendant.**

_____/

## DEFENDANT FLORIDA BEST BLOCK, LLC'S NOTICE OF REMOVAL

Defendant, Florida Best Block, LLC ("Defendant"), in accordance with Title 28 of the United States Code §§ 1331, 1441(a) and 1446, the applicable Federal Rules of Civil Procedure and Rule 4.02 of the Local Rules of the United States District Court for the Middle District of Florida, files this Notice of Removal of the civil action filed by Plaintiff, Frantz Tadal ("Plaintiff") in the Ninth Judicial Circuit in and for Orange County, Florida (Case No. 2018-CA-012785-O), because there is a federal question at issue.  The grounds for removal of this civil action are set forth below.

## Introduction

Plaintiff initiated this civil action by filing his complaint (the "Complaint") in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, under the name and style, *Frantz Tadal v. Florida Best Block, LLC*  (hereinafter the "Circuit Court Case") on or about November 26, 2018.  The Circuit Court Case was assigned Case Number 2018-CA-012785-O.  The Plaintiff filed an amended complaint on December 20, 2018 (the "Amended

Complaint") **Exhibit "A"**.  A true and correct copy of all process, pleadings, orders and other papers or exhibits of every kind on file in the Circuit Court Case are attached as **Composite Exhibit "B"** and are incorporated herein by reference.

**Timeliness of Removal**

Defendant was served with the Complaint on or about December 10, 2018. Defendant filed this notice of removal within thirty (30) days of service of the Complaint as required under 28 U.S.C. Section 1446(b) and *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999) (holding thirty day removal period begins to run when the Defendant is formally served).

**Federal Question**

The Amended Complaint seeks relief for alleged violations of the Florida Private Whistleblowers Act ("FWA") and the Age Discrimination in Employment Act ("ADEA"). This ADEA action is removable to federal court pursuant to 28 U.S.C. Section 1441(a) because it could have been filed originally in this Court pursuant to the federal question jurisdiction conferred by 28 U.S.C. Section 1331.  Specifically, jurisdiction under 28 U.S.C. Section 1331 exists because a federal question appears "on the face of the plaintiff's properly pleaded complaint." *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987).

The United States district courts have supplemental jurisdiction over Count I, the FWA action, because the allegations are so related to the ADEA claims within Counts II and III, which are within the original jurisdiction of the United States district courts, that they form part of the same case or controversy under Article III of the United States Constitution. *See* 28 U.S.C. § 1367.

2

### Judicial District

The Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida is located within the United States District Court for the Middle District of Florida, Orlando Division. Thus, venue is proper is in this Court because it is "the district and division embracing the place where [the] action is pending," 28 U.S.C. § 1441(a), and removal to this Court is proper pursuant to 28 U.S.C. § 1446(a).

### Filing of Removal Papers

Pursuant to 28 U.S.C. Section 1446(d), written notice of the removal of this action will be promptly served to Plaintiff's counsel and a Notice of Filing Notice of Removal is simultaneously being filed with the Clerk of the Circuit Court in and for Orange County, Florida, a copy of which is attached hereto as **Exhibit "C."**

### Conclusion

Removal is appropriate under 28 U.S.C. Section 1331 because this action could have been filed originally in this Court pursuant to federal question jurisdiction. This notice of removal is filed within thirty (30) days after service of the Complaint. Accordingly, this action currently pending in the Circuit Court in and for Orange County, Florida should be removed to the United States District Court for the Middle District of Florida, Orlando Division, and this court should assume full jurisdiction of the case as provided by law.

DATED this 9ᵗʰ day of January, 2019.

                              Respectfully submitted by:

                              **JACKSON LEWIS P.C.**

                              */s/ Laura E. Prather*
                              Laura E. Prather, B.C.S.
                              Florida Bar No. 870854
                              E-mail: laura.prather@jacksonlewis.com
                              Nicole Santamaria, Esq.
                              Florida Bar No: 125294
                              E-mail: nicole.santamaria@jacksonlewis.com
                              Wells Fargo Center
                              100 S. Ashley Drive, Suite 2200
                              Tampa, Florida 33602
                              Telephone:  813-512-3210
                              Facsimile:  813-512-3211

                              *Attorneys for Defendant Florida Best Block, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on this 9ᵗʰ day of January, 2019, I filed *Defendant Florida Best Block, LLC's Notice of Removal* with the Clerk of Court, United States Middle District of Florida – Orlando Division, which will send an electronic notice to counsel of record: Luis A. Cabassa, Esq., Wenzel Fenton Cabassa, 1110 N. Florida Avenue, Suite 300, Tampa, Florida 33602 (lcabassa@wfclaw.com and twells@wfclaw.com) and Scott M. Weaver, Scott M. Weaver,  The Weaver Law Firm, P.A., 801 West Bay Drive, Suite 426, Largo, FL 33770 (scott@theweaverlawfirm.com).

I HEREBY CERTIFY that on this 9th day of January, 2018, the foregoing was furnished via Electronic Mail.

                              */s/ Laura E. Prather*
                              Attorney